NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUONG THI NGUYEN,**
*Plaintiff-Appellant*

**v.**

**CORP. OF CATHOLIC ARCHBISHOP, WILLIAM H.S. PRATT, RYAN MILLER, STEVEN PHILLIP PYLE, CATHOLIC COMMUNITY SERVICES,**
*Defendants*

---

2025-1782

---

Appeal from the United States District Court for the Western District of Washington in No. 3:24-cv-05996-BHS, Senior Judge Benjamin H. Settle.

---

**ON MOTION**

---

Before TARANTO, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

### O R D E R

Huong Thi Nguyen appeals from the United States District Court for the Western District of Washington's

dismissal of her complaint seeking state worker's compensation benefits. Having considered Ms. Nguyen's and the Corporation of Catholic Archbishop's responses to the court's order directing the parties to show cause why this appeal should not be dismissed or transferred, we now dismiss.

This court's jurisdiction over appeals from federal district courts is generally limited to review of patent cases, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States not exceeding $ 10,000 in amount, *id.* §§ 1295(a)(2), 1346(a)(2). Ms. Nguyen's case does not involve a patent, a patent application, or a claim against the United States, so we do not have authority to hear her appeal. Since Ms. Nguyen already had an appeal from the same district court decision docketed before the United States Court of Appeals for the Ninth Circuit, we conclude that transfer of this appeal to that court is unnecessary. *See* 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) All pending motions are denied.

(3) Each party shall bear its own costs.

FOR THE COURT

August 11, 2025
    Date

Jarrett B. Perlow
Clerk of Court